UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVENTIST HEALTH SYSTEM SUNBELT
HEALTHCARE CORPORATION,

                Plaintiff,

-against-

MULTIPLAN, INC.,

                Defendants.

**ORDER**

23-cv-7031 (ER)

At the October 20, 2023 conference, the Court raised the possibility of recusal on the basis it has a financial interest in non-parties Aetna and Humana. Plaintiff has filed a letter stating that it waives any argument as to recusal based on that financial interest. Doc. 50. The Court directs Defendants to file a letter stating its position as to recusal by November 8, 2023.

    SO ORDERED.

Dated:    November 6, 2023
              New York, New York

                                                          Edgardo Ramos, U.S.D.J.