UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADVENTIST HEALTH SYSTEM SUNBELT
HEALTHCARE CORPORATION,

                Plaintiff,

-against-

MULTIPLAN, INC.,

                Defendants.

**ORDER**

23-cv-7031 (ER)

At the October 20, 2023 conference, the Court raised the possibility of recusal on the basis it has a financial interest in non-parties Aetna and Humana. At the Court's request, the parties have submitted letters stating their respective positions on recusal, and both waived arguments as to conflicts of interest based on that financial interest. Docs. 50 & 57.

Accordingly, the Court will retain the case and reschedule the premotion conference concerning Defendant's anticipated motion to dismiss (Doc. 34). The pre-motion conference will be held on November 14, 2023 at 11:30 AM by telephone. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

    SO ORDERED.

Dated:   November 7, 2023
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.